241 S.W.3d 370 (2007)
STATE of Missouri, Respondent,
v.
Kevin S. GODSY, Appellant.
No. WD 67549.
Missouri Court of Appeals, Western District.
December 18, 2007.
S. Kate Webber, Kansas City, MO, for Appellant.
Shaun J. Mackelprang, Jefferson City, MO, for Respondent.
Before LISA WHITE HARDWICK, P.J., JAMES M. SMART, JR., and JAMES EDWARD WELSH, Judge.

ORDER
Kevin S. Godsy appeals the circuit court's judgment convicting him of statutory sodomy in the first degree. We affirm. Rule 30.25(b).